Civil Action No. **2:24-cv-08644-FMO-KS**

# PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)* **FARMERS INSURANCE EXCHANGE**
**was received by me on  October 14, 2024**

☐ I personally served the Summons; Complaint; Civil Case Cover Sheet;Certification and notice of interested Parties (Local Rule 7.1-1);Notice of Assignment to United States Judges;Notice to Parties of Court-Directed ADR Program on the individual at  6301 Owensmouth Avenue , Woodland Hills, CA 91367 on   9:44 AM

☑ I left the above listed documents at the individual's business with Cameron Nelson - Corporate security, authorized to accept documents ,a person of suitable age and discretion who resides there, on *(date)*  October 14, 2024, 9:44 AM and mailed a copy to the individual's last known address; or

☑ I served the above listed documents to  **Chau Do** , who is designated by law to accept service of process on behalf of  **FARMERS INSURANCE EXCHANGE**  on   October 14, 2024  9:44 AM
FRCP rule 4(h)(1)(A) and CCP 416.10(b)

☐ I returned the above listed documents unexecuted because;

☐ other *(specify):*

**My fees are $ .00 for travel and $ 50.75 for services, for a total of $ 50.75**

**I declare under penalty of perjury that this information is true.**

**Date: 10/14/2024**

_____
*Server's signature*

**Ivan Ratner**
*Printed name and title*

,
,
_____
*Server's Address*

A0440-PS340850

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Christopher E. Roberts<br>Butsch Roberts & Associates LLC<br>7777 Bonhomme Avenue Suite 1300   Clayton, MO 63105 | |
| TELEPHONE NO.: (314) 863-5700 \| FAX NO. (314) 863-5711 \| E-MAIL ADDRESS *(Optional):* CRoberts@butschroberts.com | |
| ATTORNEY FOR *(Name):* Plaintiff: KIMBERLY STARLING | |

| UNITED STATES DISTRICT COURT | |
|---|---|
| STREET ADDRESS: 255 E. Temple St. | |
| MAILING ADDRESS: | |
| CITY AND ZIP CODE: Los Angeles, CA 90012 | |
| BRANCH NAME: CENTRAL DISTRICT | |

| PLAINTIFF/PETITIONER: KIMBERLY STARLING | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: FARMERS INSURANCE EXCHANGE, et al. | 2:24-cv-08644-FMO-KS |
| **DECLARATION OF DILIGENCE** | Ref. No. or File No.: |

I, Ivan Ratner , declare: I am a Registered Process Server and was retained to serve process in the above-referenced matter on the following person or entity: FARMERS INSURANCE EXCHANGE as follows:

Documents:

**Summons; Complaint; Civil Case Cover Sheet;Certification and notice of interested Parties (Local Rule 7.1-1);Notice of Assignment to United States Judges;Notice to Parties of Court-Directed ADR Program**

I attempted personal service on the following dates and times with the following results:

| Date | Time | Location | Results |
|---|---|---|---|
| 10/14/2024 | 9:44 AM | Business | Agent for service was not available. - Ivan Ratner<br>6301 Owensmouth Avenue,  Woodland Hills, CA 91367 |
| 10/14/2024 | 9:44 AM | Business | Substituted service on: FARMERS INSURANCE EXCHANGE; 6301 Owensmouth Avenue, Woodland Hills, CA 91367; by serving: Cameron Nelson - Corporate security, authorized to accept documents, Caucasian Female 30's y/o 170lbs Brown 5'9" Brown. |
| 10/14/2024 | | | Mailed copy of documents to: FARMERS INSURANCE EXCHANGE.<br>6301 Owensmouth Avenue, Woodland Hills, CA 91367 |

Fee for Service: **$ 50.75**

USA   County: **Los Angeles**
Registration No.: **2024197769**
**USA Express Legal & Investigative Services, Inc.
21031 Ventura Blvd., Suite 920
Woodland Hills, CA 91364
(877) 872-3977**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on October 14, 2024.

Signature: _____

**Ivan Ratner**

---

**AFFIDAVIT OF REASONABLE DILIGENCE**

Order#: PS340850