James C. Shah (SBN 260435)
Email: jcshah@millershah.com
Kolin C. Tang (SBN 279834)
Email: kctang@millershah.com
**MILLER SHAH LLP**
8730 Wilshire Blvd., Suite 400
Los Angeles, CA 90211
Telephone: (866) 540-5505
Facsimile: (866) 300-7367

Christopher E. Roberts (SBN 363586)
Email: CRoberts@butschroberts.com
BUTSCH ROBERTS & ASSOCIATES LLC
7777 Bonhomme Avenue, Suite 1300
Clayton, Missouri 63105
Telephone: (314) 863-5700

Max S. Morgan (admitted *pro hac vice*)
Email: max.morgan@theweitzfirm.com
THE WEITZ FIRM, LLC
1515 Market Street #1100
Philadelphia, PA 19102
Telephone: (267) 587-6240

*Counsel for Plaintiff*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY STARLING, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FARMERS INSURANCE EXCHANGE, FARMERS INSURANCE COMPANY, INC. and FIRE INSURANCE EXCHANGE,<br><br>Defendants. | Case No. 2:24-cv-08644-FMO-KS<br><br>**JOINT STIPULATION AND REQUEST TO MODIFY THE COURT'S DISMISSAL ORDER DATED NOVEMBER 24, 2025 [DOC. 44]** |

Plaintiff Kimberly Starling ("Plaintiff") and Defendants Farmers Insurance Exchange, Farmers Insurance Company, Inc. and Fire Insurance Exchange ("Defendants") hereby file their Joint Stipulation, and state:

The parties jointly request that, consistent with the parties' settlement agreement, the Court modify its order of dismissal dated November 24, 2025 [Doc. 44] to dismiss Plaintiff's individual claims without prejudice, rather than with prejudice.

Dated: December 23, 2025

Respectfully submitted,

/s/ Christopher E. Roberts
Christopher E. Roberts (SBN 363586)
Email: croberts@butschroberts.com
Butsch Roberts & Associates LLC
7777 Bonhomme Avenue, Suite 1300
Clayton, MO 63105
Tel: (314) 863-5700
Fax: (314) 863-5711

James C. Shah (SBN 260435)
Email: jcshah@millershah.com
Kolin C. Tang (SBN 279834)
Email: kctang@millershah.com
MILLER SHAH LLP
8730 Wilshire Boulevard, Suite 400
Beverly Hills, California 90211
Telephone: (866) 540-5505
Facsimile: (866) 300-7367

Max S. Morgan (Admitted PHV)
Email: max.morgan@theweitzfirm.com
THE WEITZ FIRM, LLC
1515 Market Street #1100
Philadelphia, PA 19102
Telephone: (267) 587-6240

Counsel for Plaintiff

/s/ Brian I. Hays
Brian I. Hays (Admitted PHV)
brian.hays@troutman.com
Randall A. Hack (Admitted PHV)
randall.hack@troutman.com
TROUTMAN PEPPER LOCKE LLP
111 South Wacker Drive, Suite 4100
Chicago, IL 60606
Tel: (312) 443-0700
Fax: (312) 443-0336

Attorneys for Defendants

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 23, 2025, a copy of the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all counsel of record.

*/s/ Christopher E. Roberts*