# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

KIMBERLY STARLING, individually and on behalf of all others similarly situated,

               Plaintiff,

  v.

FARMERS INSURANCE EXCHANGE, FARMERS INSURANCE COMPANY, INC. and FIRE INSURANCE EXCHANGE,

               Defendants.

Case No. 2:24-cv-08644-FMO (KSx)

**AMENDED ORDER ON STIPULATION [46] DISMISSING ACTION**

The complaint in the above-captioned case contains individual and class allegations, but no substantive action has been taken in the matter. (See, generally, Dkt.)  Now, the court is informed the parties have settled and that plaintiff will dismiss the action. (See Dkt. 43, Joint Status Report).

Have reviewed the case file and determined that no prejudice to the class will result from the dismissal, IT IS ORDERED that the above-captioned action is hereby **dismissed** without prejudice as to the class claims and as to the individual claims. The dismissal shall be without costs and plaintiff shall retain the right, upon good cause shown within **60 days from the filing of this Order**, to re-open the action if settlement is not consummated. The court retains full jurisdiction over this action and this Order shall not prejudice any party to this action. Failure to re-open or seek an extension of time to re-open the action by deadline set forth above shall be deemed as consent by the parties to dismissal of the action without prejudice as to the class claims. See Fed. R. Civ. P. 41(b); Link v. Wabash R.R. Co., 370 U.S. 626, 629-30, 82 S. Ct. 1386, 1388 (1962).

Dated this 30th day of December 2025

_____
/s/
Fernando M. Olguin
United States District Judge

ORDER ON JOINT STIPULATION
CASE NO: 2:24-cv-08644